# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| CEOTIS FRANKS, <br> ADC #111029 <br><br> Petitioner, <br> v. <br><br> BOWIE COUNTY, TEXAS, <br><br> Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 4:18CV00024-SWW |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 30th day of January, 2018.

                                                /s/ Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE